No. 717. The People, Plaintiff and Respondent, *v.* Santos, Defendant and Appellant.—

No. 716. The People, Plaintiff and Respondent, *v.* Gutierrez, Defendant and Appellant.—

No. 715. The People, Plaintiff and Respondent, *v.* Rivera, Defendant and Appellant.—

No. 714. The People, Plaintiff and Respondent; *v.* Pellot, Defendant and Appellant.—

Appeals from the District Court of Mayagüez in prosecutions for violations of the Election Law and, in Case No. 714, for carrying prohibited weapons. Decided November 19, 1914. Judgments affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The defendants did not appear.

---

No. 713. The People, Plaintiff and Respondent, *v.* Martínez, Defendant and Appellant.—Appeal from the District Court of Mayagüez in a prosecution for malicious damages. Decided November 20, 1914. Judgment affirmed but sentence modified to the payment of a fine of $50 and costs, or, in default thereof, to undergo one day's imprisonment for each dollar left unpaid, the maximum imprisonment to be thirty days. *Mr. Salvador Mestre, fiscal,* for The People. The accused did not appear.